UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

MICHAEL DONOGHUE and PREMIUM
MORTGAGE CORP.,

                              Plaintiffs,

  -against-

CYNTHIA NOSTRO, DYLAN RANDALL, DAVID
POPHAM and EVERETT FINANCIAL, INC. d/b/a
SUPREME LENDING,

                              Defendants.

**NOTICE OF MOTION**
Civil Action No.:
6:20-CV-06100-EAW

| | |
|---|---|
| BY: | Plaintiffs Michael Donoghue and Premium Mortgage Corp. |
| DATE, TIME AND PLACE OF HEARING: | At the United States District Court, Western District of New York, United States Courthouse, 100 State Street, Rochester, New York before the Honorable Mark W. Pedersen at a date, place and time to be determined by the Court. |
| RELIEF SOUGHT: | An Order (1) compelling Defendant EVERETT FINANCIAL, INC. d/b/a SUPREME LENDING ("Supreme") to respond to Plaintiffs' First Set of Interrogatories and Requests for Production of Documents; (2) imposing costs and reasonable attorneys' fees under FRCP 37(a)(5); and (3) for such other and further relief as the Court may deem just and proper. |
| SUPPORTING PAPERS: | Affirmation of Good Faith of Sharon P. Stiller, Esq. in Support of Plaintiffs' Motion to Compel Discovery, dated November 19, 2021, with attached exhibits; and Memorandum of Law in Support of Plaintiffs' Motion to Compel Discovery, dated November 19, 2021. |

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Rule 7(a)(1), Plaintiffs intend to file and serve reply papers and, unless a different schedule is ordered by the Court, will do so within seven (7) days after service of papers responsive to this motion.

Dated: November 19, 2021
Rochester, New York

ABRAMS, FENSTERMAN, FENSTERMAN, EISMAN, FORMATO, FERRARA, WOLF & CARONE, LLP.

By: /s/ Sharon P. Stiller
Sharon P. Stiller
Maureen T. Bass
*Attorneys for Plaintiffs*
160 Linden Oaks, Suite E
Rochester, NY 14625
(585) 218-9999
sstiller@abramslaw.com
mbass@abramslaw.com

TO:
Jeffrey J. Calabrese, Esq.
Daniel J. Altieri, Esq.
Anna S.M. McCarthy, Esq.
Harter Secrest & Emery LLP
*Attorneys for Defendants*
*Cynthia Nostro, Dylan Randall, and David Popham*
1600 Bausch and Lomb Place
Rochester, New York 14604
Telephone: (585) 231-1280
Email: jcalabrese@hselaw.com
daltieri@hselaw.com
amccarthy@hselaw.com

Steven E. Cole, Esq.
Jeremy M. Sher, Esq.
Adams Leclair LLP
*Attorneys for Defendant*
*Everett Financial, Inc.*
*d/b/a Supreme Lending*
28 East Main Street, Suite 1500
Rochester, New York 14614
Telephone: (585) 327-4108
Email: scole@adamsleclair.com
jsher@adamsleclair.law