# EXHIBIT C

## Alexander Fantauzzo

| | |
|---|---|
| **From:** | Maureen T. Bass |
| **Sent:** | Thursday, July 22, 2021 9:11 AM |
| **To:** | Steve Cole |
| **Cc:** | Calabrese, Jeffrey; Sharon Stiller; Jeremy Sher |
| **Subject:** | Re: Motion To Compel  Premium v. Supreme et al. |

Since Plaintiffs' discovery responses were served first, Defendants are required to respond first. You've had the demands for months and my correspondence for nearly a month. Let's skip the call since you seem so busy and just get me the responses within ten days.  In addition to responses, I'll need your schedules that work for the witnesses under your control.  Our responses will be served at the same time. I'll circulate an amended scheduling order that pushes everything out 4 months.

Sent from my iPhone


**Maureen T. Bass, Esq.**

**ABRAMS, FENSTERMAN, FENSTERMAN, EISMAN, FORMATO, FERRARA, WOLF & CARONE, LLP**

*Partner*
**Tel: 585-218-9999**
**Fax: 585-218-0562**
Email: mbass@abramslaw.com

Rochester Office
160 Linden Oaks
Suite E
Rochester, New York 14625

| Long Island | Manhattan | Brooklyn | Rochester | White Plains |
|---|---|---|---|---|
| (516) 328-2300 | (212) 279-9200 | (718) 215-5300 | (585) 218-9999 | (914) 607-7010 |

WWW.ABRAMSLAW.COM

CONFIDENTIALITY NOTICE: This e-mail may be an attorney-client communication and may contain information that is privileged and confidential and is therefore subject to legal restrictions and penalties regarding its unauthorized disclosure or other use. If you are not the intended recipient you are prohibited from copying, forwarding, distributing, disseminating, or otherwise viewing this e-mail and any attachments hereto. Please notify the sender and delete this e-mail if you are not the intended recipient.

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

> On Jul 22, 2021, at 7:27 AM, Steve Cole <scole@adamsleclair.law> wrote:
>
> **Caution: This email originated outside of the organization**
>
> Maureen,
>
> Thanks for your e-mail.  We are happy to discuss the completion of discovery and the timing of responses by all parties.  Our records indicate that Plaintiffs have also failed to provide discovery responses or produce documents.  I am available

July 28, 29, or 30 for a conference call.  Please propose some dates and times when you would be available.

Steve

---

**From:** Maureen T. Bass <MBass@Abramslaw.com>
**Sent:** Wednesday, July 21, 2021 4:23 PM
**To:** 'Calabrese, Jeffrey' <jcalabrese@hselaw.com>; Steve Cole <scole@adamsleclair.law>
**Cc:** Sharon Stiller <SStiller@Abramslaw.com>
**Subject:** [External] Motion To Compel Premium v. Supreme et al.

**CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.**

Gentlemen,

Plaintiffs' discovery demands were issued on October 30, 2020.  In February, I spoke to Jeff who advised that his colleague was working on his clients' responses and that they would be forthcoming.  On June 29, 2021, we sent correspondence requesting that responses and proposed deposition dates so as to be received no later than July 19, 2021.  To date, and aside from the February communication with Jeff, we have received no response.

We will be filing a motion to compel, as well as a motion to extend the scheduling order.  We believe that our previous correspondence has satisfied our obligations to meet and confer in connection with Defendants' complete failure to respond to Plaintiffs' discovery demands.  If you disagree and believe that a telephone conference is required, notify the undersigned no later than July 23, 2021.  If we do not hear from you before that date, Plaintiffs will be moving forward with motion practice.

Thank you.
Maureen

***Maureen T. Bass*, Esq.**

<image001.jpg>

| | | |
|---|---|---|
| *Partner* <br> **Tel: 585-218-9999** <br> **Fax: 585-218-0562** <br> Email: mbass@abramslaw.com | <image002.jpg> | Rochester Office <br> 160 Linden Oaks <br> Suite E <br> Rochester, New York 14625 |

<image003.jpg>

**CONFIDENTIALITY NOTICE: This e-mail may be an attorney-client communication and may contain information that is privileged and confidential and is therefore subject to legal restrictions and penalties regarding its unauthorized disclosure or other use. If you are not the intended recipient you are prohibited from copying, forwarding, distributing, disseminating, or otherwise viewing this e-mail and**

any attachments hereto. Please notify the sender and delete this e-mail if you are not the intended recipient.

**IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.**

---

This email has been scanned for spam and viruses by Proofpoint Essentials. Click [here](#) to report this email as spam.