# EXHIBIT D

**Alexander Fantauzzo**

| | |
|---|---|
| **From:** | Maureen T. Bass |
| **Sent:** | Thursday, August 12, 2021 4:32 PM |
| **To:** | 'Steve Cole'; 'Calabrese, Jeffrey' |
| **Subject:** | RE: Premium v. Supreme Lending, Nostro, Popham and Randall |

Two weeks after I receive Defendants' responses work for you?

# *Maureen T. Bass, Esq.*

**ABRAMS, FENSTERMAN, FENSTERMAN, EISMAN, FORMATO, FERRARA, WOLF & CARONE, LLP**

*Partner*
**Tel: 585-218-9999**
**Fax: 585-218-0562**
Email: mbass@abramslaw.com

Rochester Office
160 Linden Oaks
Suite E
Rochester, New York 14625

Long Island (516) 328-2300 | Manhattan (212) 279-9200 | Brooklyn (718) 215-5300 | Rochester (585) 218-9999 | White Plains (914) 607-7010

WWW.ABRAMSLAW.COM

**CONFIDENTIALITY NOTICE:** This e-mail may be an attorney-client communication and may contain information that is privileged and confidential and is therefore subject to legal restrictions and penalties regarding its unauthorized disclosure or other use. If you are not the intended recipient you are prohibited from copying, forwarding, distributing, disseminating, or otherwise viewing this e-mail and any attachments hereto. Please notify the sender and delete this e-mail if you are not the intended recipient.

**IRS CIRCULAR 230 DISCLOSURE:** To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**From:** Steve Cole <scole@adamsleclair.law>
**Sent:** Thursday, August 12, 2021 4:16 PM
**To:** Maureen T. Bass <MBass@Abramslaw.com>; 'Calabrese, Jeffrey' <jcalabrese@hselaw.com>
**Subject:** RE: Premium v. Supreme Lending, Nostro, Popham and Randall

**Caution: This email originated outside of the organization**

Maureen, we are working on responses and will be providing them soon. When may we expect plaintiffs' responses?

The amended scheduling order is fine with me.

Steve

**From:** Maureen T. Bass <MBass@Abramslaw.com>
**Sent:** Thursday, August 12, 2021 3:53 PM
**To:** 'Calabrese, Jeffrey' <jcalabrese@hselaw.com>; Steve Cole <scole@adamsleclair.law>
**Subject:** [External] Premium v. Supreme Lending, Nostro, Popham and Randall

**CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.**

Jeff and Steve,

Attached is a proposed amended scheduling order. It bumps everything out 6 months. **Based upon our prior emails, I would like to submit to the Court tomorrow denoting everyone's consent.**

Please endeavor to provide discovery responses by the end of next week, as we did not receive any on or around August 7th.

Thank you.
Maureen

**Maureen T. Bass, Esq.**

ABRAMS, FENSTERMAN, FENSTERMAN, EISMAN, FORMATO, FERRARA, WOLF & CARONE, LLP

*Partner*
**Tel:** 585-218-9999
**Fax:** 585-218-0562
Email: mbass@abramslaw.com

Rochester Office
160 Linden Oaks
Suite E
Rochester, New York 14625

| Long Island | Manhattan | Brooklyn | Rochester | White Plains |
|---|---|---|---|---|
| (516) 328-2300 | (212) 279-9200 | (718) 215-5300 | (585) 218-9999 | (914) 607-7010 |

WWW.ABRAMSLAW.COM

CONFIDENTIALITY NOTICE: This e-mail may be an attorney-client communication and may contain information that is privileged and confidential and is therefore subject to legal restrictions and penalties regarding its unauthorized disclosure or other use. If you are not the intended recipient you are prohibited from copying, forwarding, distributing, disseminating, or otherwise viewing this e-mail and any attachments hereto. Please notify the sender and delete this e-mail if you are not the intended recipient.

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.