UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

MICHAEL DONOGHUE and PREMIUM
MORTGAGE CORPORATION,

            Plaintiffs,

   -vs-                                                          20-cv-06100

CYNTHIA NOSTRO, DYLAN RANDALL,
DAVID POPHAM, and EVERETT FINANCIAL, INC.
d/b/a SUPREME LENDING,

            Defendants.

_____

# NOTICE OF MOTION

| | |
|---|---|
| MOTION BY: | Michael Rothenberg, Esq.<br>David Rothenberg, Esq.<br>ROTHENBERG LAW<br>*Attorneys for non-party Jackie Ruotsi* |
| DATE, TIME & PLACE: | To Be Set by the Court<br><br>The Honorable Mark W. Pedersen<br>United States Magistrate Judge<br>U.S. Courthouse, 100 State Street<br>Rochester, New York 14614 |
| SUPPORTING PAPERS: | Declaration of Michael Rothenberg, Esq., sworn to May 20, 2022, and Exhibit A annexed thereto; Declaration of nonparty Jackie Ruotsi, sworn to May 20, 2022; and Memorandum of Law in Support of Motion to Quash. |
| RELIEF REQUESTED AND GROUNDS: | An order pursuant to F.R.C.P. 45:<br><br>A) Quashing the subpoena issued by defendant Everett Financial, Inc. d/b/a Supreme Lending to nonparty Jackie Ruotsi; and |

        B) granting plaintiff such other and further relief as to the Court deems just, proper, and equitable.

LOCAL RULE 7(a)(1):      Non-party Jackie Ruotsi reserves the right to file reply papers.

**ORAL ARGUMENT IS REQUESTED.**

Dated: May 20, 2022
       Rochester, NY

                                                       *s/Michael Rothenberg*
                                              Michael Rothenberg, Esq.
                                              David Rothenberg, Esq.
                                              *Attorneys for non-party Jackie Ruotsi*
                                              ROTHENBERG LAW
                                              45 Exchange Boulevard, Suite 800
                                              Rochester, New York 14614
                                              Tel:  (585) 232-1946
                                              Fax:  (585) 232-4746
                                              Email:  michael@rothenberglawyers.com
                                              Email:  david@rothenberglawyers.com

To:    All counsel of record by CM/ECF