UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

MICHAEL DONOGHUE and PREMIUM
MORTGAGE CORPORATION,

                       Plaintiffs,

-vs-

CYNTHIA NOSTRO, DYLAN RANDALL,
DAVID POPHAM and EVERETT FINANCIAL,
INC. d/b/a SUPREME LENDING,

                       Defendants.

**NOTICE OF CROSS-MOTION AND MOTION TO AMEND THE STIPULATED PROTECTIVE ORDER**

Case No. 6:20-cv-06100

**PLEASE TAKE NOTICE** that upon the annexed Declaration of Steven E. Cole in Response to Plaintiffs' Motion to Compel, and in support of defendant Everett Financial, Inc. d/b/a/Supreme Lending ("Supreme")'s Cross-Motion to Compel and Motion to Amend the Stipulated Protective Order, dated May 30, 2022; with exhibits, and the accompanying Memoranda of Law, as well as the prior pleadings and proceedings herein, Supreme, by their attorneys, Adams Leclair LLP, will cross-move this Court before the United States District Court Hon. Magistrate Judge Mark W. Pedersen, at the United States Courthouse, 100 State Street, Rochester, New York, at a date and time to be determined by the Court, for an Order pursuant to Rule 37(a) of the Federal Rules of Civil Procedure and to the Stipulated Protective Order [Dkt. 28], (a) compelling the Plaintiffs to provide the "computation of damages" and "the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered" as required by Fed.R.Civ.P 26(a)(1)(A)(iii); (b) compelling the Plaintiffs to answer "fully in writing under oath" Supreme Interrogatory Nos. 6 (First Set) and 1, 2, 4 and 5 (Second Set); (c) compelling the Plaintiffs to fully respond to Supreme Document Request Nos. 1, 2, 3, 8, 10, 11, 24, 25, 26, 27, 28, 29, 30, 41, 42, 43, 52, 64, 76, 85, 89, and 99 (First Set) and Nos. 1 and 2 (Second Set) by withdrawing asserted objections, producing responsive documents, and identifying the documents that are responsive to each request; (4) modifying the SPO to allow attorneys' eyes only designation for sensitive financial information; (5)

awarding Supreme its reasonable costs and attorneys' fees caused by Plaintiffs' failures; and (6) granting such other and further relief as may be just and proper.

  **PLEASE TAKE FURTHER NOTICE** that the defendants intend to file and serve reply papers. Oral argument is requested.

DATED: May 30, 2022    **ADAMS LECLAIR LLP**

          By: /s/ *Steven E. Cole*
            Steven E. Cole, Esq.
            Erin F. Casey, Esq.
            *Attorneys for Defendant: Everett Financial, Inc.*
            *d/b/a Supreme Lending*
            28 E. Main Street, Suite 1500
            Rochester, New York 14614
            Tel: (585) 327-4100
            Fax: (585) 327-4200
            scole@adamsleclair.law
            ecasey@adamsleclair.law

TO: Sharon P. Stiller, Esq.
    **ABRAMS, FENSTERMAN,**
    **FENSTERMAN, EISMAN, FORMATO,**
    **FERRARA, WOLF & CARONE, LLP**
    *Attorneys for Plaintiffs:*
    160 Linden Oaks, Suite E
    Rochester, New York 14625
    Tel: (585) 218-9999
    Fax: (585) 218-0562
    sstiller@abramslaw.com

CC: **HARTER SECREST & EMERY LLP**
    Jeffrey L. Calabrese, Esq.
    Anna S.M. McCarthy, Esq.
    *Attorneys for Defendants: Cynthia Nostro,*
    *Dylan Randall and David Popham*
    1600 Bausch & Lomb Place
    Rochester, New York 14604-2711
    Tel: 585-231-1280
    jcalabrese@hselaw.com
    amccarthy@hselaw.com