# EXHIBIT 1

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

MICHAEL DONOGHUE and PREMIUM MORTGAGE CORPORATION,

                      Plaintiffs,

-vs-

CYNTHIA NOSTRO, DYLAN RANDALL, DAVID POPHAM, and EVERETT FINANCIAL, INC. d/b/a SUPREME LENDING,

                      Defendants.

**DEFENDANT EVERETT FINANCIAL, INC. D/B/A SUPREME LENDING'S FIRST SET OF INTERROGATORIES TO PLAINTIFFS**

Case No.
6:20-cv-06100-EAW

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, defendant Everett Financial, Inc. d/b/a Supreme Lending requests that plaintiffs Michael Donoghue and Premium Mortgage Corporation answer the following interrogatories within thirty days after service of this request, pursuant to the following Definitions and Instructions.

### Definitions and Instructions

    A.    The Uniform Definitions for All Discovery Requests set forth in Local Civil Rule 26(c) are fully incorporated by reference herein.

    B.    The term "Supreme Lending" means defendant Everett Financial, Inc. d/b/a Supreme Lending.

    C.    The term "PMC" means Premium Mortgage Corporation and its officers, directors, attorneys, accountants, employees, and any agent acting on its behalf.

    D.    The term "Plaintiffs" means either or both of plaintiffs Michael Donoghue and PMC.

    E.    The term "Defendants" means any of defendants Cynthia Nostro, Dylan Randall, David Popham, or Supreme Lending.

1

F. The terms "any" and "all" mean both "any" and "all."

G. The term "including" means "including, without limitation."

H. The term "Amended Complaint" means the Amended Complaint in this action (Doc. No. 15).

I. The term "Wrongdoing" means all conduct by Defendants for which Plaintiffs seek relief in this action, including all conduct alleged, referenced, or described in paragraph 3 of the Amended Complaint or more specifically alleged elsewhere in the Amended Complaint.

J. The term "Confidential Information" means all information Plaintiffs claim to be protected from disclosure under a written agreement or otherwise and that Defendants misappropriated or improperly used, as alleged in the Amended Complaint, whether referred to in the Amended Complaint as "confidential information," "confidential material," "proprietary information," "confidential and proprietary information," "non-public information," "protected information," "marketing and business information," "marketing materials," "PMC systems," "prospect and client information," "intellectual property," "trade secrets," "secret information," "data," or in any other fashion.

K. If Plaintiffs withhold information under any claim of privilege or for any other reason, provide all information required by Local Civil Rule 26(d). If a claimed privilege applies to only a portion of any information, that portion only should be withheld and the remainder of the information should be produced. As used herein, "claim of privilege" includes, but is not limited to, any claim that information may be withheld from production by any statute or regulation. If any such claim is asserted, cite each statute or regulation claimed to apply.

## Interrogatories

1. Identify all persons involved with PMC's efforts to access, analyze, recover, review, or test any Confidential Information following or in connection with Defendants' alleged misappropriation or improper use thereof.

2. Identify all efforts taken by each person identified in response to Interrogatory No. 1, above, to access, analyze, recover, review, or test any Confidential Information following or in connection with Defendants' alleged misappropriation or improper use thereof.

3. Identify all persons involved with PMC's investigation into any Wrongdoing or reporting of Wrongdoing to any governmental organizations, law enforcement organizations, or regulatory bodies.

4. Identify all communications with any governmental organizations, law enforcement organizations, or regulatory bodies by each person identified in response to Interrogatory No. 3, above, including each person that was a party to such communications and the substance of such communications.

5. Identify each person whose business with PMC was allegedly lost or diminished due to any Wrongdoing.

6. Provide computations of each category of damages alleged against Supreme Lending in this action, including the amount and category of damages Plaintiffs attribute to each person identified in response to Interrogatory No. 5, above.

DATED:  December 23, 2020          **ADAMS LECLAIR LLP**

By: *Jeremy Sher*
Steven E. Cole, Esq.
Jeremy M. Sher, Esq.
*Attorneys for Defendant Everett Financial, Inc.*
*d/b/a Supreme Lending*
28 E. Main Street, Suite 1500
Rochester, New York 14614
Tel: (585) 327-4100
scole@adamsleclair.law
jsher@adamsleclair.law

4