# EXHIBIT 10

Message

| | |
|---|---|
| **From:** | Jeff Joyce [Jeff.Joyce@supremelending.com] |
| **Sent:** | 6/19/2019 6:46:59 PM |
| **To:** | Caleb Wood [Caleb.Wood@supremelending.com] |
| **Subject:** | FW: Supreme Lending / Dylan Randall and Cynthia Nostro |
| **Attachments:** | 19-5-2 - S. Stiller to S. Everett.pdf |

Forwarding my email to Premium's lawyer.

---

Jeff Joyce
Chief Operating Officer
Supreme Lending
14801 Quorum Drive
Suite 300
Dallas, Texas 75254
(972) 447-5553 (direct)
(214) 886-7511 (mobile)
(972) 499-7125 (fax)
Jeff.Joyce@SupremeLending.com

Notice to Recipient:
The information contained in this email is confidential and intended solely for the addressees. Any unauthorized access, use, reproduction, or dissemination is prohibited. If you have received this e-mail in error, please notify me immediately and delete this copy from your system. EVERETT FINANCIAL, INC. D/B/A SUPREME LENDING NMLS ID #2129 (www.nmlsconsumeraccess.org) This is not an offer to enter into an agreement. Information, rates, & programs are subject to change without prior notice and may not be available in all states. All products are subject to credit & property approval. Supreme Lending is not affiliated with any government agency. Supreme Lending, its subsidiaries and/or its affiliates shall not assume legal liability or responsibility for any incorrect, misleading, or altered information contained herein.

**From:** Jeff Joyce
**Sent:** Wednesday, May 8, 2019 2:31 PM
**To:** stiller@abramslaw.com
**Subject:** Supreme Lending / Dylan Randall and Cynthia Nostro

Ms. Stiller – I am writing to introduce myself and to acknowledge Supreme Lending's receipt of the letter you sent regarding Dylan Randall and Cynthia Nostro.

We have begun looking into the matters raised in your letter, which we take very seriously. We do not want any confidential information of your client, Premium Mortgage Corporation, and we do not want any of your client's property allegedly diverted by their former employees.

In your letter, you referenced a "Schedule" of borrowers, but we did not receive that Schedule with your correspondence. Would you please provide the Schedule so we can include it in our investigation.

We look forward to resolving this amicably.

Please let me know if you have any questions.

Thanks.

Jeff

---

Jeff Joyce
Chief Operating Officer
Supreme Lending
14801 Quorum Drive
Suite 300
Dallas, Texas 75254
(972) 447-5553 (direct)
(214) 886-7511 (mobile)
(972) 499-7125 (fax)
Jeff.Joyce@SupremeLending.com

---

Notice to Recipient:
The information contained in this email is confidential and intended solely for the addressees. Any unauthorized access, use, reproduction, or dissemination is prohibited. If you have received this e-mail in error, please notify me immediately and delete this copy from your system. EVERETT FINANCIAL, INC. D/B/A SUPREME LENDING NMLS ID #2129 (www.nmlsconsumeraccess.org) This is not an offer to enter into an agreement. Information, rates, & programs are subject to change without prior notice and may not be available in all states. All products are subject to credit & property approval. Supreme Lending is not affiliated with any government agency. Supreme Lending, its subsidiaries and/or its affiliates shall not assume legal liability or responsibility for any incorrect, misleading, or altered information contained herein.