# EXHIBIT 12 OMITTED PENDING DETERMINATION OF DEFENDANT SUPREME LENDING'S MOTION TO SEAL