# EXHIBIT 13 OMITTED PENDING DETERMINATION OF DEFENDANT SUPREME LENDING'S MOTION TO SEAL