# EXHIBIT 18

**SUPREME LENDING DOCUMENT PRODUCTION – AS OF MAY 25, 2022**

| Grouping | Document Numbers | Description | Date Produced |
|---|---|---|---|
| 1 | SL 1 - 141 | Employee Personnel Files | 11/24/2021 |
| 2 | SL 142 - 732 | Onboarding, recruitment, setting up of the Williamsville office | 11/24/2021 |
| 3 | SL 733 - 800 | Nostro Personal Emails to Supreme Server (includes recruitment) | 12/3/2021 |
| 4 | SL 801 – 839 | Randall Personal Emails to Supreme Server (includes recruitment) | 12/3/2021 |
| 5 | SL 840 – 906 | Nostro Borrower Emails | 12/3/2021 |
| 6 | SL 907 - 1041 | Popham Borrower Emails | 12/3/2021 |
| 7 | SL 1042 - 5832 | Randall Borrower Emails | 12/3/2021 |
| 8 | SL 5833 – 5841 | Nostro "Premium Mortgage", "PMC" "@premiummortgage.com" emails | 12/3/2021 |
| 9 | SL 5843 – 5847 | Popham "Premium Mortgage", "PMC" "@premiummortgage.com" emails | 12/3/2021 |
| 10 | SL 5848 – 5871 | Randall "Premium Mortgage", "PMC" "@premiummortgage.com" emails | 12/3/2021 |
| 11 | SL 5872 – 6605 | Onboarding, recruitment, setting up of the Williamsville office | 12/3/2021 & 1/7/2022 |
| 12 | SL 6606 - 6665 | Popham shared drive/computer files | 1/7/2022 |
| 13 | SL 6666 - 6994 | Randall Borrower Emails | 1/7/2022 |
| 14 | SL 6695 – 7387 | Nostro computer documents | 1/7/2022 |
| 15 | SL 7388 – 7430 | Randall computer documents | 1/7/2022 |
| 16 | SL7431 – 8909 | Popham computer documents | 1/7/2022 |
| 17 | SL 8910 – 9458 | Nostro borrower emails | 1/7/2022 |
| 18 | SL 9459 - 9930 | Popham borrower emails | 1/7/2022 |
| 19 | SL 9931 – 12439 | Randall borrower emails | 1/7/2022 |
| 20 | SL12440 – 13296 | Paper credit reports | 1/7/2022 |
| 21 | SL13297 – 13000 | Supreme 2019 closings | 2/22/2022 |
| 22 | SL13001 – 13501 | Onboarding/recruitment emails | 3/18/2022 |
| 23 | SL13502 – 13507 | Nostro computer documents | 3/18/2022 |

**SUPREME LENDING DOCUMENT PRODUCTION – AS OF MAY 25, 2022**

| | | | |
|---|---|---|---|
| 24 | SL13508 – 13705 | Popham computer documents | 3/18/2022 |
| 25 | SL13706 – 16222 | Randall borrower emails – additional borrowers | 3/18/2022 |
| 26 | SL16223 – 16252 | Popham borrower emails – additional borrowers | 3/18/2022 |
| 27 | SL16253 – 16313 | Nostro borrower emails – additional borrowers | 3/18/2022 |
| 28 | SL16314 – 17235 | Encompass documents re: borrowers | 3/18/2022 |
| 29 | SL17236 – 17679 | Teto borrower emails | 3/18/2022 |
| 30 | SL17680 – 24836 | Duhon borrower emails | 3/18/2022 |
| 31 | SL24837 – 28421 | Randall borrower emails – additional borrowers | 3/18/2022 |
| 32 | SL28424 – 29979 | Ruotsi borrower emails | 3/18/2022 |
| 33 | SL29980 | Ruotsi texts | 3/18/2022 |
| 34 | SL29981 – 31647 | Mailman borrower emails | 3/18/2022 |
| 35 | SL31648 – 31660 | Randall, Popham, Nostro paystubs | 3/25/2022 |
| 36 | SL31661 - 31667 | Commission report | 3/25/2022 |
| 37 | SL31668 - 31669 | 2019, 2020 LARS report | 3/25/2022 |
| 38 | SL31670 – 34561 | Randall borrower emails | 4/20/2022 |
| 39 | SL34562 – 36139 | Popham borrower emails | 4/20/2022 |
| 40 | SL36140 – 36507 | Nostro borrower emails | 4/20/2022 |
| 41 | SL36508 - 36560 | Teto emails (relating to searches for borrower, "Premium Mortgage", "PMC" "@premiummortgage.com", and Donoghue) | 4/20/2022 |
| 42 | SL36561 – 45729 | Duhon emails (relating to searches for borrower, "Premium Mortgage", "PMC" "@premiummortgage.com", and Donoghue) | 4/20/2022 |
| 43 | SL45730 – 58473 | Randall emails (relating to searches for borrower, "Premium Mortgage", "PMC" "@premiummortgage.com", and Donoghue) | 4/20/2022 |

**SUPREME LENDING DOCUMENT PRODUCTION – AS OF MAY 25, 2022**

| 44 | SL58474 – 63714 | Ruotsi emails (relating to searches for borrower, "Premium Mortgage", "PMC" "@premiummortgage.com", and Donoghue) | 4/20/2022 |
|---|---|---|---|
| 45 | SL63715 – 73114 | Mailman emails (relating to searches for borrower, "Premium Mortgage", "PMC" "@premiummortgage.com", and Donoghue) | 4/20/2022 |
| 46 | SL73115 - 73116 | Supreme Corporation Counsel correspondence (relating to response to S. Stiller 5/2/19 letter) | 4/20/2022 |
| 47 | SL73117 – 73200 | Additional onboarding emails | 5/25/2022 |
| 48 | SL73201 – 73564 | Additional Randall borrower emails | 5/25/2022 |
| 49 | SL73565 – 73604 | Additional Nostro computer documents | 5/25/2022 |
| 50 | SL73605 – 73764 | Additional Popham computer documents | 5/25/2022 |
| 51 | SL73765 – 73980 | Additional Randall borrower emails | 5/25/2022 |
| 52 | SL 73981 – 74081 | Additional Teto borrower emails | 5/25/2022 |
| 53 | SL 74082 – 74775 | Additional Duhon borrower emails | 5/25/2022 |
| 54 | SL 74776 – 74827 | Additional Randall borrower emails | 5/25/2022 |
| 55 | SL 74828 – 74841 | Client withdrawal letters | 5/25/2022 |
| 56 | SL 74842 – 74847 | 2020 Closings | 5/25/2022 |
| 57 | SL 74848 – 74980 | Mail and Ruosti personnel files | 5/25/2022 |
| 58 | SL 74981 - 75207 | Emails (relating to searches for Harass*, "Lawsuit", "Harvey Sanders" "Sanders & Sanders" and "Lindy Korn", "Williamsville Office", and Hostil*) | 5/25/2022 |
| 59 | SL 75208 – 75447 | Mailman computer documents | 5/25/2022 |
| 60 | SL 75448 – 78778 | Mailman text messages | 5/25/2022 |
| 61 | SL 78779 – 80357 | Additional encompass documents | 5/25/2022 |
| 62 | SL 80358 – 80739 | JR Teto text messages | 5/25/2022 |