# EXHIBIT D




# Maureen T. Bass
Partner

**Rochester**

2280 East Avenue
First Floor
Rochester, NY 14610

**Tel:** (585) 218-9999
**Fax:** (585) 218-0562
**Email:** Send Email

vCard



## Practice Areas

- Bankruptcy

- Bankruptcy/Turnaround/Workout

- Civil Litigation

- Employment Law

- Family Law

- Health Law

- Restructuring, Bankruptcy, and Creditors' Rights Law

## Articles

| -- AF Insights -- | -- Publications -- | -- Blog Posts -- |

## In The News

WEBSITE CURRENTLY UNDER CONSTRUCTION. PLEASE PARDON OUR APPEARANC
AS WE REBUILD.



-- In the News --

*Partner*

Maureen Bass is a Partner and Co-Chair of the firm's Restructuring, Bankruptcy and Creditors' Rights Practice Group at Abrams Fensterman, LLP.

Ms. Bass has more than 20 years of experience practicing in the areas of bankruptcy, corporate restructuring, creditors' rights, financial services, commercial and corporate litigation, employment and general business law. She represents business entities, as well as their secured and unsecured creditors and their shareholders and principals inside and outside of bankruptcy, as well as creditors' committees, trustees, and purchasers in bankruptcy and insolvency proceedings across the United States.

Ms. Bass also has significant experience in negotiating, litigating and resolving disputes arising under Warn Act, the Federal Securities and Exchange Act, New York Officer and Director Law, New York Partnership Law, RICO laws, HIPPA and New York Debtor and Creditor Law. Additionally, Ms. Bass represents lenders and special servicers, and has prosecuted many substantial commercial foreclosures in New York State.

Ms. Bass received her Juris Doctorate from Syracuse University College of Law and is a member of the Order of the Coif.

She is admitted to practice in the State of New York.

## Bar Admissions

- New York
- United States Bankruptcy Court for the Western, Northern, Southern and Eastern Districts of New York
- U.S. Court of Appeals 2nd Circuit

## Education

- Syracuse University College of Law, Syracuse, New York
    - J.D. Doctor of Jurisprudence, 1999
    - Honors: Order of Coif, Summa Cum Laude, Law Review, ATLA Trial Team, NITA Trial Team and Moot Court.
- Tulane University

WEBSITE CURRENTLY UNDER CONSTRUCTION. PLEASE PARDON OUR APPEARANC AS WE REBUILD. 

## Honors and Awards

- 2018 M&A Advisor Turnaround Award Winner: Healthcare/Life Sciences Deal of the Year.

## Publications and Media

- Rachel Uchitel's bankruptcy battle against Tiger Woods' attorney rages on in court, quoted, Fox Business, August 2021

- Tiger Woods' lawyers want OK to go after Rachel Uchitel for future NDA violations, quoted, New York Post, August 2021

- This Is Rachel Uchitel, Representing Herself, mentioned, The New York Times, August 2021

- NY Mezzanine Foreclosure Ruling May Limit Borrower Options, co-author, Law360, March 2021

- When Ponzi Schemes Collapse, Service Providers May Be in the Cross-Hairs, author, Turnaround Management Association Journal of Corporate Renewal, May 2019

## Professional Associations and Memberships

- American Bankruptcy Institute, Member

**Long Island**
3 Dakota Drive, Suite 300
Lake Success, NY 11042
Tel: (516) 328-2300
Fax: (516) 328-6638

**Brooklyn Metrotech**
1 MetroTech Center, Suite 1701
Brooklyn, NY 11201
Tel: (718) 215-5300
Fax: (718) 215-5304

**White Plains**
81 Main Street, Suite 400
White Plains, NY 10601
Tel: (914) 607-7010
Fax: (914) 607-3595

**Rochester**
2280 East Avenue, First Floor
Rochester, NY 14610
Tel: (585) 218-9999
Fax: (585) 218-0562

WEBSITE CURRENTLY UNDER CONSTRUCTION. PLEASE PARDON OUR APPEARANCE AS WE REBUILD.



**Albany**
54 State Street, Suite 803
Albany, NY 12207
Tel: (518) 535-9477
Fax: (518) 535-9476

© 2021 Abrams Fensterman, LLP. All rights reserved

Disclaimer   •   Privacy Policy

Attorney Advertising. Prior results do not guarantee a similar outcome.

WEBSITE CURRENTLY UNDER CONSTRUCTION. PLEASE PARDON OUR APPEARANC
AS WE REBUILD.

