# EXHIBIT E





# Alexander Fantauzzo

*Associate*

**Rochester**

2280 East Avenue

First Floor

Rochester, NY 14610

**Tel:** (585) 218-9999

**Fax:** (585) 218-0562

**Email:** Send Email

vCard



## Practice Areas

- Civil Litigation

- Employment

- Employment Law

- Labor

## Articles

| -- AF Insights -- | -- Publications -- | -- Blog Posts -- |
|---|---|---|

## In The News

| -- In the News -- |
|---|

*Associate*

WEBSITE CURRENTLY UNDER CONSTRUCTION. PLEASE PARDON OUR APPEARANC
AS WE REBUILD.



Case 6:20-cv-06100-EAW-MJP Document 108-7 Filed 12/22/22 Page 3 of 4

Alexander Fantauzzo is an Associate at Abrams, Fensterman, Fensterman, Eisman, Formato, Ferrara, Wolf & Carone, LLP working in the Rochester office. His practice focuses on civil litigation as well as labor and employment.

Prior to joining Abrams Fensterman as a law clerk in 2021, Mr. Fantauzzo worked as a Student Attorney in the UB Law School Clinical Education Program with the Civil Liberties & Transparency Clinic for one semester. Mr. Fantauzzo also worked as a law clerk at the law office of Francis M. Letro and as a legal intern at the City of Buffalo Law Department.

Mr. Fantauzzo earned his Juris Doctorate from the State University of New York at Buffalo School of Law where he graduated magna cum laude in 2020 and was a recipient of the "Order of Barristers" Award. He was a member of UB Law's Moot Court Board and Secretary of the Buffalo Performing Arts Law Society. Mr. Fantauzzo received a Bachelor of Arts in Political Science from State University of New York at Geneseo where he graduated magna cum laude.

Mr. Fantauzzo is admitted to practice in New York State and is a member of the New York State Bar Association.

## Bar Admissions

- New York, 2021

## Education

- SUNY Buffalo School of Law – J.D., 2020

  - Member – Buffalo Moot Court Board

  - Secretary – Buffalo Performing Arts Law Society

- SUNY Geneseo – B.A., Political Science, 2017

## Professional Associations and Memberships

- New York State Bar Association – Member

WEBSITE CURRENTLY UNDER CONSTRUCTION. PLEASE PARDON OUR APPEARANC AS WE REBUILD.



### Long Island
3 Dakota Drive, Suite 300
Lake Success, NY 11042
Tel: (516) 328-2300
Fax: (516) 328-6638

### Brooklyn Metrotech
1 MetroTech Center, Suite 1701
Brooklyn, NY 11201
Tel: (718) 215-5300
Fax: (718) 215-5304

### White Plains
81 Main Street, Suite 400
White Plains, NY 10601
Tel: (914) 607-7010
Fax: (914) 607-3595

### Rochester
2280 East Avenue, First Floor
Rochester, NY 14610
Tel: (585) 218-9999
Fax: (585) 218-0562

### Albany
54 State Street, Suite 803
Albany, NY 12207
Tel: (518) 535-9477
Fax: (518) 535-9476

© 2021 Abrams Fensterman, LLP. All rights reserved

Disclaimer   •   Privacy Policy

Attorney Advertising. Prior results do not guarantee a similar outcome.

WEBSITE CURRENTLY UNDER CONSTRUCTION. PLEASE PARDON OUR APPEARANC
AS WE REBUILD.

