# EXHIBIT F

# William Woodard

Webster, NY 14580
wwoodard31@gmail.com
(315) 402-4814

Ambitious Paralegal driven to provide exceptional administrative support and customer service. Strengths include a strict attention to detail, time management and data entry. Manages highly confidential information with professionalism and integrity. Motivated to learn, grow and excel in the legal field.

## Work Experience

### Paralegal
Abrams Fensterman, LLP - Rochester, NY
September 2021 to Present

· Provided: legal, trial, and administrative support for 4 attorneys within
Matrimonial, Employment, and Business law.
· Assisted: clients on multiple-line phone system, email, and fax; schedule appointments, answer questions, take messages for attorney.
· Scheduled: handled office scheduling and made notes for deadlines, motions and other important dates.
· Filing: uploaded approved documentation to Supreme court using ECF system and filing in New York District courts as needed.
· Discovery: received, organized, and sorted thousands of pages of discovery using
Microsoft excel and word.

### Paralegal
Michael D. Schmitt, PC - Rochester, NY
October 2020 to April 2021

· Provided: legal, trial, and administrative support for attorney within Divorce,
Family, and Vehicle and Traffic law firm.
· Assisted: clients on multiple-line phone system, email, and fax; schedule appointments, answer questions, take messages for attorney.
· Scheduled: handled office scheduling and made notes for deadlines, motions and other important dates.
· Filing: uploaded approved documentation to Supreme court using ECF system.

### Legal Assistant
Dibble & Miller - Rochester, NY
February 2020 to October 2020

· Data entry: creation of client files assuring strict attention to detail, taking and processing payments, adding and maintaining client's information in office phonebook.
· Assisted: up to 10 lawyers at time, clients on multiple-line phone system, email, and fax; contacted clients to discuss progress of cases, conferred with clients and other involved parties to gather and track case information, adhered to privacy laws to avert possible information breaches and protect client data.
· Scheduled: handled office scheduling and made notes for deadlines, motions and other important dates.

**Intake Specialist & Bankruptcy Assistant**

Davidson Fink, LLP - Rochester, NY

October 2018 to November 2019

· Intake: create case files from referral in client system, making sure information is accurate and finished in timely manner to ensure case deadlines are met.
· Cases created for foreclosure, bankruptcy, eviction, and litigation files.
· Research: Titles, Tax Searches, SCRA searches, PACER searches, and ACCURINT searches to assist with case timeline as needed.
· Bankruptcy: created Proof of Claims spreadsheets for clients, uploaded approved documentation to bankruptcy court using ECF system.

**Legal Assistant**

Cardinale & Delvecchio Law Firm - Cicero, NY

November 2016 to September 2017

· Provided: legal, trial and administrative support for attorney within
Bankruptcy, Criminal, and Vehicle and Traffic law firm.
· Assisted: clients on multiple-line phone system, email, and fax; schedule appointments, answer questions, take messages for attorney and office manager.
· Data Entry: Best Case Bankruptcy software, creation of client files from schedule A through J assuring strict attention to detail, filing necessary documents with court in timely fashion using ECF filing system.

## Education

**Associate of Science in Paralegal Studies**

Bryant & Stratton College - Syracuse, NY

August 2017

## Skills

- Attention to detail
- Fluent in Legal Terminology
- Client service and support
- MS Office
- Administrative support
- Document filing
- Task Prioritization
- Family Law
- Employment Law
- Scheduling/Planning
- Official Notary Public
- Expires 10/22
- Litigation Support
- Employment Law

- Civil Law
- Criminal Law
- Writing and editing
- Drafting Legal documents
- Legal Research
- Adobe Acrobat
- Calendar Management
- Case Management
- Proofreading
- Office Management
- Document Management

## Certifications and Licenses

**Certified Notary Public**